B 4 (Official Form 4) (12/07)

# UNITED STATES BANKRUPTCY COURT

In re  Brand Management Services Inc.  ,
         Debtor

Case No.  1-11-46230

Chapter  11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address, including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | *Amount of claim [if secured also state value of security]* |
|   | SEE ATTACHED LIST |   |   |   |

Brand Management Services Inc.

Date:  July 20, 2011

S/Harold Weber
Debtor

*[Declaration as in Form 2]*

| Name and Address | Contact Name | Why we owe this money | type of claim | Amount due on the claim |
|---|---|---|---|---|
| A Best Management Inc., 129 South 8th Street, Brooklyn, NY 11211 | unknown name A Best Management Inc., 129 South 8th Street, Brooklyn, NY 11211 | Loan from affiliated company | agreed claim | $219,026.56 |
| County Agency Inc., 129 South 8th Street, Brooklyn, NY 11211 | unknown name County Agency Inc., 129 South 8th Street, Brooklyn, NY 11211 | Loan from affiliated company | agreed claim | $205,833.13 |
| Sentry Insurance Company, P O BOX 88372, Wilwaulkee, WI 53288-0372 | Sentry Insurance Company, P O BOX 88372, Wilwaulkee, WI 53288-0372 | Insurance premiums | disputed claim | $9,000,000.00 |
| US Management Inc. 129 South 8th Street, Brooklyn, NY 11211 | unknown name US Management Inc., 129 South 8th Street, Brooklyn, NY 11211 | Loan from affiliated company | | $269,917.53 |
| Value Management 129 South 8th Street, Brooklyn, NY 11211 | unknown name Value Management Inc., 129 South 8th Street, Brooklyn, NY 11211 | Loan from affiliated company | | $83,000.00 |
| Harold Weber, 461 Bedford Avenue, Brooklyn, NY 11211 | Harold Weber, 461 Bedford Avenue, Brooklyn, NY 11211 | Loan | | $749,333.00 |

Official Form 2
6/90

# DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

    I, [the president *or* other officer *or* an authorized agent of the corporation] [*or* a member *or* an authorized agent of the partnership] named as the debtor in this case, declare under penalty of perjury that I have read the foregoing [list *or* schedule *or* amendment *or* other document (describe)] and that it is true and correct to the best of my information and belief.

Date __July 20, 2011__

                             Signature __S/Harold Weber__

                             Harold Weber, President
                             (Print Name and Title)