Frank F. Velocci
DRINKER BIDDLE & REATH LLP
A Delaware Limited Liability Partnership
1177 Avenue of the Americas
41st Floor
New York, NY 10036
Telephone: (212) 248-3140
Facsimile: (212) 248-3141

*Attorneys for Sentry Insurance Company*

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>BRAND MANAGEMENT SERVICES INC.<br>*aka* BRAND MANAGEMENT INC.<br><br>Debtor. | Judge: Hon. Joel B. Rosenthal<br><br>Chapter 11<br><br>Case No. 1-11-46230-JBR |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE
OF PAPERS AND OTHER DOCUMENTS PURSUANT TO RULE 9010(B)
OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE**

**PLEASE TAKE NOTICE,** that Drinker Biddle & Reath LLP, attorneys for Sentry Insurance Company ("Sentry"), hereby enters an appearance on behalf of Sentry.

**PLEASE TAKE FURTHER NOTICE,** that request is hereby made pursuant to Section 1109(b) of the Bankruptcy Code and Rules 2002, 9007, 9010 of the Federal Rules of Bankruptcy Procedure, that all notices given and required to be given in these cases and all pleadings and other papers filed in the above matter be directed to the following:

Frank F. Velocci, Esq.
DRINKER BIDDLE & REATH LLP
A Delaware Limited Liability Partnership
500 Campus Drive
Florham Park, New Jersey 07932-1047
(973) 360-1100
(973) 549-7078 (Direct)
(973) 360-9831 (Facsimile)
Email: *Frank.Velocci@dbr.com*

**PLEASE TAKE FURTHER NOTICE,** that the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise, which may affect or seek to affect in any way, the rights or interests of Sentry with respect to the above-captioned Debtor, or any related entity, or property or proceeds in which the Debtor may claim an interest.

**PLEASE TAKE FURTHER NOTICE,** that this Notice of Appearance and Request for Service of Papers shall not be deemed or construed to be a waiver of Sentry's right (i) to have final orders in non-core matters entered only after *de novo* review by a United States District Judge, (ii) to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto, (iii) to have the United States District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (iv) to any other rights, claims, actions, setoffs, or recoupments to which Sentry is or may be entitled, in equity or in law, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: July 22, 2011
New York, New York

                          DRINKER BIDDLE & REATH LLP

                          By:__/s/ Frank F. Velocci_____
                          Frank F. Velocci
                          1177 Avenue of the Americas
                          41st Floor
                          New York, NY 10036
                          Telephone: (212) 248-3140
                          Facsimile: (212) 248-3141

                          *Attorneys for Sentry Insurance Company*

## CERTIFICATION OF SERVICE

I, Frank F. Velocci, an attorney-at-law of the State of New Jersey and a partner of the law firm of Drinker Biddle & Reath LLP, hereby certifies that on July 22, 2011, I caused a true and correct copy of the Notice of Appearance and Request for Service of Papers and Other Documents Pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure, which was electronically filed with the Court to be served upon all parties who receive electronic filings via the ECF Filing System in this case.

                                                                                             /s/ Frank F. Velocci  
                                                                                             Frank F. Velocci

Dated: July 22, 2011  
New York, New York